UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| F.H. PASCHEN, S.N. NIELSEN & ASSOCIATES, L.L.C. | CIVIL ACTION |
| VERSUS | NO. 12-2799 |
| SOUTHEASTERN COMMERCIAL MASONRY, INC. | SECTION "E" (3) |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that F.H. Paschen, S.N. Nielsen & Associates, L.L.C.'s Memorandum in Support of Attorneys' Fees [Doc. #72] is GRANTED IN PART to the extent that Paschen is awarded $20,551.75 in fees and $1,682.69 in costs.

New Orleans, Louisiana, this 24th day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE